**Alton D. BROWN, Appellant,**

v.

**COMMONWEALTH of Pennsylvania DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Sept. 20, 2000.

### ORDER

PER CURIAM:

AND NOW, this 20th day of September, 2000, probable jurisdiction is noted and the order appealed is affirmed.

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**George REITZ, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 11, 2000.

George J. Reitz, Jr. for petitioner.

### ORDER

PER CURIAM.

AND NOW, this 11th day of October, 2000, petitioner's "Motion for Leave to Supplement Petition for Allowance of Appeal" and "Motion for Leave to Supplement Record by Offering Slip Opinion from a Pennsylvania Appellate Court Regarding Petitioner's Unlawfully Enhanced Sentence" are granted, and the petition for allowance of appeal is denied.